**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**KENNETH CHARLES SAVAGE AND**                    **CIVIL ACTION**
**SHARON M. SAVAGE**

**VERSUS**                                                        **NO. 07-3067**

**PORT LOUIS OWNERS ASSOCIATION,**              **SECTION "K"(5)**
**INC.**


## ORDER


Considering the July 7, 2009, judgment of the United States Court of Appeals for the Fifth

Circuit in *In the Matter of: Kenneth Charles Savage, et al,* No. 08-30468**;**

**IT IS ORDERED** that this matter is hereby REMANDED to the Bankruptcy Court for entry

of judgment consistent with the opinion issued in *In the Matter of: Kenneth Charles Savage, et al*,

No. 08-30468 (5th Cir. June 15, 2009)**.**

New Orleans, Louisiana, this 17th day of July, 2009.


_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE